**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| KATHY LITTLE; GREG WALKER and DEBRA L. WALKER, husband and wife; RICHARD EVANS; and PHILLIP WHITAKER and FAYE WHITAKER, husband and wife; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOUISVILLE GAS AND ELECTRIC COMPANY and PPL CORPORATION,<br><br>Defendants. | C.A. No. 3:13-CV-1214-JHM-JDM<br><br>ELECTRONICALLY FILED |

**DEFENDANTS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL AND FOR STAY PENDING RESOLUTION OF ANY APPEAL**

Pursuant to Local Rule 7.1, Defendants Louisville Gas and Electric Company and PPL Corporation respectfully move to certify for interlocutory appeal the portion of the Court's July 17, 2014 Memorandum Opinion and Order (ECF No. 49) addressing Clean Air Act preemption and for a stay of all district court proceedings pending resolution of any appeal. A memorandum in support of this motion is filed this same date.

Respectfully submitted this 28th day of July, 2014.

s/ John C. Bender
John C. Bender
Richard Clayton Larkin
BINGHAM GREENEBAUM DOLL LLP
300 West Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone: (859) 231-8500
Facsimile: (859) 255-2742
jbender@bgdlegal.com
clarkin@bgdlegal.com

Sheryl G. Snyder
Jason P. Renzelmann
FROST BROWN TODD LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky 40202-3363
Telephone: (502) 589-5400
Facsimile: (502) 581-1087
ssnyder@fbtlaw.com
jrenzelmann@fbtlaw.com

*Attorneys for Defendants Louisville Gas and Electric Company and PPL Corporation*

J. Gregory Cornett
Travis A. Crump
Robert J. Ehrler
LG&E AND KU ENERGY LLC
220 West Main Street
Louisville, KY 40202
Telephone: (502) 627-2000
Facsimile: (502) 627-3367
greg.cornett@lge-ku.com
travis.crump@lge-ku.com
bob.ehrler@lge-ku.com

*Attorneys for Defendant Louisville Gas and Electric Company*

Nash E. Long
Brent A. Rosser
Sarah Anna Santos
HUNTON & WILLIAMS LLP
Bank of America Plaza
Suite 3500
101 South Tryon Street
Charlotte, North Carolina 28280
Telephone: (704) 378-4700
Facsimile: (704) 378-4890
nlong@hunton.com
brosser@hunton.com
ssantos@hunton.com

F. William Brownell
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue N.W.
Washington D.C. 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
bbrownell@hunton.com

Robert M. Rolfe
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
rrolfe@hunton.com

*Attorneys for Defendants Louisville Gas and Electric Company and PPL Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2014, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve notice electronically on the following:

- **Noah Axler**
  naxler@donovanaxler.com, ckoerner@donovanaxler.com
- **Steve W. Berman**
  steve@hbsslaw.com, heatherw@hbsslaw.com
- **Ari Y. Brown**
  ari@hbsslaw.com, dawn@hbsslaw.com
- **Michael D. Donovan**
  mdonovan@donovanaxler.com, ckoerner@donovanaxler.com
- **Jeffrey M. Sanders**
  jms@jsanderslaw.com
- **Charles L. Williams**
  cwilliams@williamsandskilling.com

*Attorneys for Plaintiffs Kathy Little, Greg Walker, Debra Walker, Richard Evans, and Phillip and Faye Whitaker*

s/ John C. Bender
John C. Bender

15455853_1.docx